1  JAMES K. DYER (SBN 202087)
   ROBERT S. MCWHORTER (SBN 226186)
2  JARRETT S. OSBORNE-REVIS (SBN 289193)
   BUCHALTER, A Professional Corporation
3  500 CAPITOL MALL, SUITE 1900
   SACRAMENTO, CA 95814
4  Telephone: (916) 945-5170
   Facsimile: (213) 896-0400
5  Email:  jdyer@buchalter.com
           rmchworter@buchalter.com
6          josbornerevis@buchalter.com

7  Attorneys for Defendant
   The Golden 1 Credit Union

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Larry Blankenship,<br><br>    Plaintiff,<br><br>    v.<br><br>The Golden 1 Credit Union, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-02197-TLN-KJN<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER**<br><br><br>Complaint Filed: October 20, 2017<br>Trial Date: None set |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

SECOND STIPULATION FOR EXTENSION OF TIME              Case No. 2:17-cv-02197-TLN-KJN
FOR DEFENDANT TO RESPOND TO THE COMPLAINT; ORDER

Larry Blankenship (the "Plaintiff") and The Golden 1 Credit Union (the "Defendant") (collectively, the "Parties"), through their respective counsel, enter into this Second Stipulation for Extension of Time for Defendant to Respond to the Complaint (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer or otherwise respond to the Complaint [Dkt. 1] is hereby extended for four additional days, from December 4, 2017, to and including **December 8, 2017**.

2. The Parties previously requested one extension of this deadline.

| Dated: December 1, 2017 | Dated: December 1, 2017 |
|---|---|
| BUCHALTER, A Professional Corporation | SAGARIA LAW, P.C. |
| By: */s/ Robert S. McWhorter*<br>   Robert S. McWhorter (CA Bar No. 266186)<br>   500 Capitol Mall, Suite 1900<br>   Sacramento, CA 95814<br>   Telephone: 916.945.5188<br>   Facsimile: 213.896.0400<br>   Email: rmcwhorter@buchalter.com<br><br>Attorneys for Defendant<br>The Golden 1 Credit Union | By: */s/ Elliott W. Gale*<br>   Elliott W. Gale (CA Bar No. 263326)<br>   3017 Douglas Blvd., Suite 200<br>   Roseville, CA 95661<br>   Telephone: 408.279.2288<br>   Facsimile: 408.279.2299<br>   Email: egale@sagarialaw.com<br><br>Attorneys for Plaintiff<br>Larry Blankenship |

I, the filer of this document, attest that each of the other signatories have consented to the filing of this document.

                                    */s/ Robert S. McWhorter*
                                      Robert S. McWhorter

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

-1-

SECOND STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT; ORDER      Case No. 2:17-cv-02197-TLN-KJN

**ORDER**

Based on the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT Defendant,** The Golden 1 Credit Union shall have until Friday, December 8, 2017 to answer or other respond to the Complaint.

Dated: December 5, 2017

_____
Troy L. Nunley
United States District Judge

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

-2-

SECOND STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT; ORDER

Case No. 2:17-cv-01123-WBS-DB