JAMES K. DYER (SBN 202087)
ROBERT S. MCWHORTER (SBN 226186)
JARRETT S. OSBORNE-REVIS (SBN 289193)
BUCHALTER, A Professional Corporation
500 CAPITOL MALL, SUITE 1900
SACRAMENTO, CA 95814
Telephone: (916) 945-5170
Facsimile: (213) 896-0400
Email: jdyer@buchalter.com
       rmchworter@buchalter.com
       josbornerevis@buchalter.com

Attorneys for Defendant
The Golden 1 Credit Union

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Larry Blankenship,<br><br>      Plaintiff,<br><br>v.<br><br>The Golden 1 Credit Union, and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. 2:17-cv-02197-TLN-KJN<br><br>**THIRD STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: October 20, 2017<br>Trial Date: None set |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

THIRD STIPULATION AND ORDER FOR EXTENSION OF TIME     Case No. 2:17-cv-02197-TLN-KJN
FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Larry Blankenship (the "Plaintiff") and The Golden 1 Credit Union (the "Defendant") (collectively, the "Parties"), through their respective counsel, enter into this Third Stipulation for Extension of Time for Defendant to Respond to the Complaint (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer or otherwise respond to the Complaint [Dkt. 1] is hereby extended for one week, from December 8, 2017, to and including **December 15, 2017**.

2. The Parties previously requested two extensions of this deadline.

| Dated: December 8, 2017 | Dated: December 8, 2017 |
|---|---|
| BUCHALTER, A Professional Corporation | SAGARIA LAW, P.C. |
| By: */s/ Robert S. McWhorter*<br>Robert S. McWhorter (CA Bar No. 266186)<br>500 Capitol Mall, Suite 1900<br>Sacramento, CA 95814<br>Telephone: 916.945.5188<br>Facsimile: 213.896.0400<br>Email: rmcwhorter@buchalter.com | By: */s/ Elliott W. Gale*<br>Elliott W. Gale (CA Bar No. 263326)<br>3017 Douglas Blvd., Suite 200<br>Roseville, CA 95661<br>Telephone: 408.279.2288<br>Facsimile: 408.279.2299<br>Email: egale@sagarialaw.com |
| Attorneys for Defendant<br>The Golden 1 Credit Union | Attorneys for Plaintiff<br>Larry Blankenship |

I, the filer of this document, attest that each of the other signatories have consented to the filing of this document.

                                            */s/ Robert S. McWhorter*
                                            Robert S. McWhorter

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

-1-

THIRD STIPULATION AND ORDER FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Case No. 2:17-cv-02197-TLN-KJN

**ORDER**

Based on the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT Defendant,** The Golden 1 Credit Union shall have until Friday, December 15, 2017 to answer or other respond to the Complaint.

Dated: December 11, 2017

_____
Troy L. Nunley
United States District Judge

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

-2-

THIRD STIPULATION AND ORDER FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Case No. 2:17-cv-01123-WBS-DB